UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALTAUNE BROWN,

                        Plaintiff,                                    20-CV-10580 (JMF)

          -v-                                                    ORDER

ABA LOCKSMITH & KEYS INC. et al,

                       Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the COVID-19 situation, the Court will hold the upcoming conference remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      Counsel for the appearing parties should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order. In their joint letter, the appearing parties should also indicate whether they can do without an initial pretrial conference altogether. If so, the Court may enter a case management plan and scheduling order and Defendant NMGJ LLC need not appear. If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      Whether or not Plaintiff and Defendant NMGJ LLC indicate they would like to proceed with the initial pretrial conference, the Court will hold the hearing on Plaintiff's pending default

judgment motion as to Defendant ABA Locksmith & Keys, Inc.  Plaintiff shall serve a copy of this Order on ABA Locksmith & Keys, Inc. **within three business days** and shall promptly file proof of such service on the docket.

    SO ORDERED.

Dated: March 15, 2021
       New York, New York
                                            JESSE M. FURMAN
                                        United States District Judge